IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL FLOURNOY, et al.

        Plaintiffs,

  v.

NUCO2, LLC,

        Defendant.
_____/

No. C 12-0182 RS

**ORDER RE JURISDICTIONAL QUESTION**

    NUCO2 Management, LLC, asserting that it is the defendant erroneously named as NUCO2, LLC, removed this action on the basis of diversity of citizenship.  The notice of removal and supporting declaration assert that NUCO2 is Delaware LLC, with its principal place of business in Florida.  No information, however, was provided as to the citizenship of NUCO2's members. "[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  While the disclosure statement provided pursuant to Fed. R. Civ. P. 7.1 suggests there is unlikely to be a jurisdictional defect, a more explicit representation as to the identity of any and all owners/members of NUCO2 and the citizenship thereof is warranted.  Accordingly, within 10 days of the date of this order, NUCO2 shall file a declaration identifying all of its owner/members and the citizenship of such persons.

IT IS SO ORDERED.

Dated: 4/26/12

                                        RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE