ERICA K. ROCUSH, CA State Bar No. 262354
erica.rocush@ogletreedeakins.com
JUDY T. SHA, CA Bar No. 261432
judy.sha@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
NUCO2 MANAGEMENT LLC

PAUL B. JUSTI, CA State Bar No. 124727
pbjusti@comcast.net
SEAN O'HALLORAN, CA State Bar No. 180878
srohalloran@att.net
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone:    925.256.7900
Facsimile:    925.256.9204

Attorneys for Plaintiffs MICHAEL FLOURNOY and ROBERT WILKES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL FLOURNOY and ROBERT WILKES,<br><br>         Plaintiffs,<br><br>   v.<br><br>NUCO2, LLC, a Delaware limited liability company; and DOES 1-25, inclusive,<br><br>         Defendants. | Case No. C 12-0182 RS<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER RE: DISMISSAL**<br><br>Complaint Filed:   11/22/11 (State Court)<br>Removal Date:      1/11/12<br>Trial Date:              None Set<br>Judge:                   Hon. Richard Seeborg |

Pursuant to Fed.R.Civ.P. 41(a)(1), this Stipulation re: Dismissal of Entire Action and [Proposed] Order Re: Dismissal is entered into by and between the parties hereto through their respective counsel of record as follows:

WHEREAS, the parties have fully and finally resolved this matter;

NOW, THEREFORE, the parties hereby stipulate that the matter shall be dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

DATED: December 4, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/Erica Rocush*
Erica K. Rocush
Judy T. Sha

Attorneys for Defendant
NUCO2 MANAGEMENT LLC

DATED: December 4, 2012

LAW OFFICES OF PAUL B. JUSTI

By: */s/ Paul B Justi*
Paul B. Justi

Attorneys for Plaintiffs
MICHAEL FLOURNOY and ROBERT WILKES

## [~~PROPOSED~~] ORDER

The parties having fully and finally resolved this matter and having stipulated that this matter shall be dismissed in its entirety with prejudice,

Accordingly, the Court hereby orders that:

This matter shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

Dated: 12/4/12

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE