1  ERICA K. ROCUSH, CA State Bar No. 262354
   erica.rocush@ogletreedeakins.com
2  JUDY T. SHA, CA Bar No. 261432
   judy.sha@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  NUCO2 MANAGEMENT LLC

8

9  PAUL B. JUSTI, CA State Bar No. 124727
   pbjusti@comcast.net
   SEAN O'HALLORAN, CA State Bar No. 180878
10 srohalloran@att.net
   LAW OFFICES OF PAUL B. JUSTI
11 1981 North Broadway, Suite 250
   Walnut Creek, CA 94596
12 Telephone:    925.256.7900
   Facsimile:    925.256.9204
13
   Attorneys for Plaintiffs MICHAEL FLOURNOY and ROBERT
14 WILKES

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL FLOURNOY and ROBERT WILKES,<br><br>   Plaintiffs,<br><br>v.<br><br>NUCO2, LLC, a Delaware limited liability company; and DOES 1-25, inclusive,<br><br>   Defendants. | Case No. C 12-0182 RS<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER RE: DISMISSAL**<br><br>Complaint Filed:  11/22/11 (State Court)<br>Removal Date:     1/11/12<br>Trial Date:       None Set<br>Judge:            Hon. Richard Seeborg |

Case No. C 12-0182 RS
STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
AND [PROPOSED] ORDER RE: DISMISSAL

1  Pursuant to Fed.R.Civ.P. 41(a)(1), this Stipulation re: Dismissal of Entire Action
2  and [Proposed] Order Re: Dismissal is entered into by and between the parties hereto through their
3  respective counsel of record as follows:

4  WHEREAS, the parties have fully and finally resolved this matter;

5  NOW, THEREFORE, the parties hereby stipulate that the matter shall be dismissed
6  in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

7  DATED: December 4, 2012          OGLETREE, DEAKINS, NASH, SMOAK &
8                                   STEWART, P.C.

11                                  By: _s/Erica Rocush_
                                        Erica K. Rocush
                                        Judy T. Sha

13                                  Attorneys for Defendant
                                    NUCO2 MANAGEMENT LLC

14 DATED: December 4, 2012          LAW OFFICES OF PAUL B. JUSTI

17                                  By: _/s/ Paul B Justi_
                                        Paul B. Justi

18                                  Attorneys for Plaintiffs
                                    MICHAEL FLOURNOY and ROBERT
19                                  WILKES

---

1                                                           Case No. C 12-0182 RS
STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
AND [PROPOSED] ORDER RE: DISMISSAL

# [PROPOSED] ORDER

The parties having fully and finally resolved this matter and having stipulated that this matter shall be dismissed in its entirety with prejudice,

Accordingly, the Court hereby orders that:

This matter shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

Dated: 12/4/12

_____
HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE